Joshua M. Bonnici, Esq. [SBN 281560]
**BONNICI LAW GROUP, APC**
101 West Broadway, Ste. 1770
San Diego, California 92101
Tel: (619) 259-5199
Email: josh@bonnicilawgroup.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN TEINCUFF, an Individual;<br><br>Plaintiff,<br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; a Corporation<br><br>Defendants. | Case No. **'16CV2040 W   MDD**<br><br>**COMPLAINT FOR DISABILITY BENEFITS UNDER E.R.I.S.A.**<br><br>29 U.S. Code Section 1132(a)(1)(B) |

**Plaintiff KATHRYN TEINCUFF alleges as follows:**

1. At all times relevant herein, Plaintiff, KATHRYN TEINCUFF, was an individual residing in El Cajon, California.

2. In or about 2001, KATHRYN TEINCUFF became employed by Sharp Healthcare.

3. Sharp Healthcare sponsored a group disability policy ("The Policy") which was administered and underwritten by defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

///

4. Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON is a corporation licensed to sell insurance and to do business as an insurer in the State of California, with a principal place of business in the State of New Hampshire.

5. The Policy and the claim at issue in this action are governed by the *Employee Retirement Income Security Act of 1974* (ERISA), 29 U.S. Code Section 1001, et. seq.

6. On or about October 2012, Plaintiff became disabled within the definition of The Policy, and soon thereafter, and in a timely fashion, she made a claim for benefits under The Policy.

7. Plaintiff was initially paid benefits pursuant to The Policy. However, on about July 20, 2015, Plaintiff's claim for ongoing long-term disability benefits and waiver of her life insurance premiums was denied effective July 21, 2015.  Plaintiff remains disabled as defined by The Policy to this date, and continues to be eligible for long-term disability and life insurance premium benefits under The Policy.

8. Plaintiff made a timely administrative appeal of the denial; the administrative appeal was denied in a letter dated March 2016, thereby exhausting The Policy's administrative appeal process.

**WHEREFORE**, Plaintiff prays for a judgment from the Court as follows:

1. Declaring that Plaintiff is covered for past and ongoing long-term disability benefits and waiver of her life insurance premiums under The Policy;
2. For past-due benefits in the amount of approximately $1,600.00 per month through the date of filing, and additional benefits accumulating at the same monthly rate;
3. For interest on the past-due benefits;
4. For reasonable attorney's fees;
5. For costs of suit herein; and

6. For such other relief as the Court deems proper.

DATED: August 12, 2016                    **BONNICI LAW GROUP, APC**

              By: */s/ Joshua M. Bonnici*
                 Joshua M. Bonnici
                 Attorney for Plaintiff
                 KATHRYN TEINCUFF

**Complaint for Disability Benefits Under ERISA**
*Teincuff v. Liberty Life Assurance Co. of Boston*